UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Andrew K. Bonner Jr.

_(In the space above enter the full name(s) of the plaintiff(s).)_

- against -

Marissa M. Huber
Justia.com
NJ Court of Appeals Clerks Office

**COMPLAINT**

Jury Trial: ☑ Yes ☐ No

(check one)

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)_

**I.   Parties in this complaint:**

A.   List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name               Andrew K. Bonner Jr.
            Street Address     719 Irving Avenue
            County, City       Cumberland, Bridgeton
            State & Zip Code   New Jersey 08302
            Telephone Number   856-451-3452, Preferred: 609-805-4878

B. List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name __Marissa M. Huber__
Street Address __25 Market Street__
County, City __Mercer, Trenton__
State & Zip Code __New Jersey 08611__

Defendant No. 2
Name __Justia.com__
Street Address __25 Market Street__
County, City __Mercer, Trenton__
State & Zip Code __New Jersey 08611__

Defendant No. 3
Name __NJ Court of Appeals Clerks Office__
Street Address __25 Market Street__
County, City __Mercer, Trenton__
State & Zip Code __New Jersey 08611__

Defendant No. 4
Name _____
Street Address _____
County, City _____
State & Zip Code _____

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A. What is the basis for federal court jurisdiction? *(check all that apply)*
[✓] Federal Questions          [ ] Diversity of Citizenship
[ ] U.S. Government Plaintiff  [✓] U.S. Government Defendant

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? __The 4th Amendment of the U.S. Constitution, 18 U.S. Code § 1506, 18 U.S. Code § 1509, (June 25, 1948, ch. 645, 62 Stat. 770; Pub. L. 103-322, title XXXIII, § 330016(1)(K), Sept. 13, 1994, 108 Stat. 2147.) (Added Pub. L. 86-449, title I, § 101, May 6, 1960, 74 Stat. 86; amended Pub. L. 103-322, title XXXIII, § 330016(1)(H), Sept. 13, 1994, 108 Stat. 2147.)__

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

**III.    Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? Cumberland County, NJ and Mercer County, NJ

B. What date and approximate time did the events giving rise to your claim(s) occur? The Summer of 2017 approximately May or June.

**What happened to you?**

C. Facts: I the plaintiff Andrew K. Bonner Jr. had my judgment record of my case, Andrew K. Bonner Jr. vs. Cumberland Regional Highschool District stolen for website content. My case judgment never got sent to me and I was never notified, but yet my judgment was posted on a website. This is libel, slander, defamation of character, and causing emotional distress to me.

**Who did what?**

The case manager of my case Andrew K. Bonner Jr. vs Cumberland Regional Highschool District is the main culprit of giving my private judgment information to the website Justia.com without my consent.

**Was anyone else involved?**

Marissa M. Huber, the website Justia.com and the way they get information, as well as the NJ Court of Appeals Clerks office may have been involved.

**Who else saw what happened?**

My mother knows for a fact that I never received my judgment from my case Andrew K. Bonner Jr. vs. Cumberland Regional Highschool District, however Justia.com had my judgment in their possession.

3

### IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Extreme anxiety, depression, emotional distress, a tainted and besmirched name.

### V. Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

I want monetary compensation in the amount of at least $750,000. Also, I believe that because the actions that are actually in violation of direct law statutes that deem them criminal in nature, I believe that the New Jersey punitive damages statute of giving monetary damages up to 5 times the base compensation should be applied to my awarded amount. I also want Justia.com to remove any current website content they have about me and never post any content about me or my legal birth name ever again; cease the distressing actions and conduct.

Brief description of cause: There was a theft of my judgment in the case Andrew K. Bonner Jr. vs Cumberland Regional High School District which was facilitated by my case manager Marissa M. Huber. The theft and misuse of the judgment record is in direct violation of 2 federal law Statutes 18 U.S. Code § 1506, and 18 U.S. Code § 1509. The act of giving my judgment to a website for website content also is libel, slander, and caused emotional distress to me the plaintiff Andrew K. Bonner Jr. This initial filing will also be accompanied by evidence papers put together by me the plaintiff Andrew K. Bonner Jr. and my evidence collection along with the direct rules violated against me gave me the confidence to file this suit at law.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this __14__ day of __May__, 20__18__.

Signature of Plaintiff __Andrew K. Bonner Jr.__
Mailing Address __719 Irving Avenue__
__Bridgeton, New Jersey__
__08302__
Telephone Number __609-805-4878__
Fax Number *(if you have one)* _____
E-mail Address __andrewbonnjr@gmail.com__

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: __Andrew K. Bonner Jr.__

- 5 -