# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| | |
|---|---|
| **PLAINTIFF** Andrew K. Bonner Jr. | **COURT CASE NUMBER** 3:18-CV-09187-PGS-LHG |
| **DEFENDANT** Marissa M. Huber, et al. | **TYPE OF PROCESS** Summons & Complaint |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
→ Justia.com

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1380 Pear Ave #2b, Mountain View, CA 94043

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Andrew K. Bonner Jr.
719 Irving Avenue, Bridgeton NJ 08302

Number of process to be served with this Form - 285:
Number of parties to be served in this case: **3**
Check for service on U.S.A.

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Justia.com is owned and run by Justia Inc. Their headquarters claims to be in Mountain View, CA but they have some form of close operations with the NJ Court of Appeals Clerk's Office or Marissa Huber. Someone in NJ gives them sensitive info.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Andrew K. Bonner Jr.
**TELEPHONE NUMBER** 609-805-4878
**DATE** 6/5/18

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. B50 | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date 06/11/18 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Joyce

Address (complete only if different than shown above):

A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 6/18/18
Time: 11:15 am

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 65.00 | $7.28 | $8.00 | $80.28 | | | |

**REMARKS:** 06/11/18 - FORWARDED TO USMS N/D CA FOR SERVICE -

2018 JUN 25 PM — U.S. MARSHAL TRENTON NJ

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) (Instructions Rev. 12/08) |
|---|---|---|

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

ANDREW K. BONNER, JR,
*Plaintiff*

V.    **SUMMONS IN A CIVIL CASE**

MARISSA M. HUBER, ET AL.,
*Defendant*

CASE NUMBER: **3:18-CV-09187-PGS-LHG**

TO: *(Name and address of Defendant):*

*Justia.com*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**
CLERK

**Karen McGonigle**
(By) DEPUTY CLERK



ISSUED ON 2018-06-07 15:55:18, Clerk
USDC NJD

| **RETURN OF SERVICE** | | |
|---|---|---|
| Service of the Summons and complaint was made by me(1) | DATE | |
| NAME OF SERVER *(PRINT)* | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify) : _____

| **STATEMENT OF SERVICE FEES** | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  _____    _____
                     Date                                *Signature of Server*

                                                     _____
                                                     *Address of Server*