IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDREW K. BONNER, JR., | : |
| Plaintiff, | : NO. 3:18-cv-09187-PGS-LHG |
| v. | : |
| MARISSA M. HUBER, JUSTIA.COM, and NJ COURT OF APPEALS CLERKS OFFICE, | : NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED.R.C.P. 12(b)(6) |
| Defendants. | : |

TO: Andrew K. Bonner, Jr.
719 Irving Avenue
Bridgeton, NJ 08302

**PLEASE TAKE NOTICE** that Defendant Justia Inc. (incorrectly named and identified in the Complaint as "Justia.com"), by and through its undersigned attorneys, Lewis Brisbois Bisgaard & Smith, LLP, makes this application before the United States District Court for the District of New Jersey for an Order dismissing Plaintiff's Complaint, with prejudice, pursuant to Federal Rule of Civil Procedure 12(b)(6), for failure to state a claim upon which relief can be granted.

In support of this application, the undersigned shall reply upon the attached Certification of Counsel and Brief.

In accordance with Local Rule 7.1(e), a proposed form of Order is attached hereto.

In accordance with Local Rule 78.1(a), the motion day for Defendant's Motion to Dismiss Plaintiff's Complaint is September 4, 2018.

In accordance with Local Rule 78.1(b), oral argument is requested only if this Motion is opposed or is requested by the Court.

                              Respectfully submitted,

                              **LEWIS BRISBOIS BISGAARD & SMITH LLP**

                              By:   */s/ Eric J. Bronstein*
                                    Eric J. Bronstein, Esquire
                                    Ryan F. Michaleski, Esquire
                                    550 E. Swedesford Road, Suite 270
                                    Wayne, PA 19087
                                    (215) 977-4100

                              Attorney for Defendant
                              Justia Inc.

Dated: July 30, 2018

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ANDREW K. BONNER, JR., | : | |
| | : | |
| Plaintiff, | : | NO. 3:18-cv-09187-PGS-LHG |
| v. | : | |
| | : | |
| MARISSA M. HUBER, | : | CERTIFICATION OF COUNSEL |
| JUSTIA.COM, and NJ COURT | : | |
| OF APPEALS CLERKS OFFICE, | : | |
| | : | |
| Defendants. | : | |

I, Eric J. Bronstein, Esquire, hereby certify as follows:

1. I am a partner of the law firm of Lewis Brisbois Bisgaard & Smith LLP, attorneys for Defendant Justia Inc. (incorrectly named and identified as "Justia.com"), in the above-captioned matter.

2. On this date, I caused the within Notice of Motion to Dismiss to Plaintiff's Complaint and supporting Brief to be filed electronically with the Court, where it is available for viewing and downloading from the Court's ECF system, and that such electronic filing automatically generates a Notice of Electronic filing constituting service of the filed document.

3. I also served the within Notice of Motion to Dismiss to Plaintiff's Complaint and supporting Brief upon Plaintiff via United States certified mail and unrepresented parties by United States mail, first class, postage prepaid.

I further certify that the foregoing statements made by me are true and correct to the best of my knowledge, information and belief and that I am aware that if any of the foregoing statements made by me are willfully false, then I am subject to punishment.

/s/ Eric J. Bronstein
Eric J. Bronstein

Dated: July 30, 2018