IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ANDREW K. BONNER, JR., | : | NO. 3:18-cv-09187-PGS-LHG |
| | : | |
| Plaintiff, | : | ORDER GRANTING |
| v. | : | DEFENDANT JUSTIA INC.'S |
| | : | MOTION TO DISMISS |
| MARISSA M. HUBER, | : | PLAINTIFF'S COMPLAINT FOR |
| JUSTIA.COM, and NJ COURT | : | FAILURE TO STATE A CLAIM |
| OF APPEALS CLERKS OFFICE, | : | PURSUANT TO FED.R.C.P. |
| | : | 12(b)(6) |
| Defendants. | : | |

This matter having been brought before the Court on a Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim pursuant to Federal Rule of Civil Procedure 12(b)(6) by Eric J. Bronstein, Esquire, counsel for Defendant Justia Inc. (incorrectly named and identified as "Justia.com"); and the Court having reviewed and considered the Brief in Support of the Motion to Dismiss; and the Court having read and considered the papers submitted in opposition and in reply thereto; and the Court having heard and considered the oral argument of counsel, if any, and for the reasons stated on the record, if any; and good cause having been shown, it is on this _____ day of _____, 2018,

**ORDERED** that Defendant Justia Inc.'s Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim pursuant to Fed.R.C.P. 12(b)(6) be and hereby is **GRANTED**; and

**IT IS FURTHER ORDERED** that Plaintiff's Complaint and all cross-claims against Defendant Justia Inc. be and hereby are dismissed, with prejudice; and

**IT IS FURTHER ORDERED** that a copy of this Order be served upon all counsel of record and all parties within _____ days from the date it is received by movant's counsel.

_____
Hon. Lois H. Goodman, U.S.D.J.