## Attempting to cover over their error

I, Andrew K. Bonner Jr. feel that it is pertinent information to make known that since being notified of this lawsuit Justia.com has begun the process of trying to delete my content from their website. Luckily I have personal screen shots to prove their conduct against me, so any deletion of evidence done by them will not matter. Their attempt to destroy evidence before trial is actually also a violation of federal law. I would like to cite 18 U.S. Code § 1519 - Destruction, alteration, or falsification of records in Federal investigations and bankruptcy, and 25 CFR 11.440 - Tampering with or fabricating physical evidence.

Sincerely,

Plaintiff: Andrew K. Bonner Jr.

Date: 7/27/18

RECEIVED
AUG 0 1 2018
AT 8:30_____M
WILLIAM T. WALSH
CLERK

Case Name: Bonner v. Huber et al

Case Number: 3:18-cv-09187-PGS-LHG

PRESS FIRMLY TO SEAL





U.S. POSTAGE PAID
BRIDGETON, NJ
08302
JUL 27, 18
AMOUNT
$6.70
R2305M146585-19

1025   08608

# PRIORITY MAIL

FROM:

# PRIORITY MAIL

**UNITED STATES POSTAL SERVICE**
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:
Andrew K. Bonner Jr.
719 Irving Avenue
Bridgeton, New Jersey 08302

 DATE OF DELIVERY SPECIFIED*

 USPS TRACKING™ INCLUDED*

 INSURANCE INCLUDED*

 PICKUP AVAILABLE

*Domestic only*

FRAGILE

TO:
Attention: Magistrate Judge Lois H. Goodman
US District Court for the District of New Jersey
402 East State Street
Trenton, NJ 08608

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

Label 228, March 2016     FOR DOMESTIC AND INTERNATIONAL USE

FRAGILE



Expected Delivery Day: 07/30/2018
USPS TRACKING NUMBER
9505 5131 6262 8208 0772 03

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

