UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Andrew Bonner,<br><br>        Plaintiff,<br><br>v.<br><br>Marissa M. Huber, *et al.*,<br><br>        Defendants. | Civil Action No.<br>3:18-cv-9187 (PGS) (LHG)<br><br>**ORDER** |

**SHERIDAN, U.S.D.J.**

    This matter comes before the Court on two motions to dismiss the complaint filed by defendant Justia, Inc. (Justia), (ECF No. 11), and defendants Marissa M. Huber and the New Jersey Appellate Division Clerk's Office, (ECF No. 14). The Court has considered the submissions of the parties and has heard oral argument. Accordingly,

    For the reasons set forth on the record on November 20, 2018, and for good cause shown;

    **IT IS** on this 26 day of November, 2018,

    **ORDERED** that defendant Justia's motion to dismiss, (ECF No. 11), is **GRANTED**; plaintiff's complaint against Justia is **DISMISSED WITHOUT PREJUDICE**; and it is further

    **ORDERED** that the motion to dismiss filed by defendants Huber and the Appellate Division Clerk's Office, (ECF No. 14), is **GRANTED**; plaintiff's complaint against the Appellate Division Clerk's Office is **DISMISSED WITH PREJUDICE** and plaintiff's complaint against Huber is **DISMISSED WITHOUT PREJUDICE**; and it is further

**ORDERED** that plaintiff has thirty (30) days from the date of this order to file an amended complaint.

_____
PETER G. SHERIDAN, U.S.D.J.