UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____Andrew K. Bonner Jr._____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

_____Justia Incorporated_____

_____
_____
_____
_____
_____
_____
_____

**COMPLAINT**

Jury Trial: ☑ Yes ☐ No

(check one)

RECEIVED

DEC 26 2018

AT 8:30_____M
WILLIAM T. WALSH
CLERK

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.   Parties in this complaint:**

A.   List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name              Andrew K. Bonner Jr.
            Street Address    719 Irving Avenue
            County, City      Cumberland, Bridgeton
            State & Zip Code  New Jersey, 08302
            Telephone Number  609-805-4878

B.  List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name __Justia Incorporated__
Street Address __1380 Pear Ave #2b__
County, City __Santa Clara, Mountain View__
State & Zip Code __California 94043__

Defendant No. 2
Name _____
Street Address _____
County, City _____
State & Zip Code _____

Defendant No. 3
Name _____
Street Address _____
County, City _____
State & Zip Code _____

Defendant No. 4
Name _____
Street Address _____
County, City _____
State & Zip Code _____

## II.  Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*
  [ ] Federal Questions          [✓] Diversity of Citizenship
  [ ] U.S. Government Plaintiff  [ ] U.S. Government Defendant

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____

- 2 -

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship __New Jersey__

Defendant(s) state(s) of citizenship __California__

**III. Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? __New Jersey__

B. What date and approximate time did the events giving rise to your claim(s) occur? __2017 and still ongoing__

**What happened to you?**

C. Facts: __There was a theft and embezzlement of my property.__

**Who did what?**

__Justia Inc. stole my property in order to deprive me of it as well as damaged other property belonging to me.__

**Was anyone else involved?**

__A woman named Marissa Huber__

**Who else saw what happened?**

__My parents__

-3-

**IV.   Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

Emotional distress, depression, Change in emotional behavior, Intimidation, Improper disclosure / Legal Abuse Syndrome, Anger, Victimization, Scapegoating,

**V.   Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

Plaintiff is seeking a jury trial so the jury can fully consider all of the facts set out in this case. There has already been substantial evidence gathered. The controversy is still ongoing and is ripe for judicial action. Out of fear of more legal abuse Plaintiff wishes to not disclose more in this document and instead will make things clear in the exhibits, trial testimony, and briefing. Plaintiff wants to make this filing under seal in accord with the Federal Rules of Civil Procedure due to fear of intimidation and legal abuse.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 21 day of December, 20 18.

Signature of Plaintiff *Andrew K. Bonner Jr.*
Mailing Address 719 Irving Avenue
Bridgeton, New Jersey
08302
Telephone Number 609-805-4878
Fax Number *(if you have one)*
E-mail Address andrewbonnjr@gmail.com

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: *Andrew K. Bonner Jr.*

PRESS FIRMLY TO SEAL



U.S. POSTAGE PAID
PME 1-Day
BRIDGETON, NJ
08302
DEC 22, 18
AMOUNT
$24.70
1007    08608-1500    R2305M146585-14

# PRIORITY
## ★ MAIL ★
### EXPRESS™

OUR FASTEST SERVICE IN THE U.S.



UNITED STATES POSTAL SERVICE® — PRIORITY MAIL EXPRESS®

EE 294 368 463 US

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)    PHONE ( )

Andrew K. Bonner Jr.
719 Irving Ave.
Bridgeton, NJ 08302

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required
☐ 10:30 AM Delivery Required

TO: (PLEASE PRINT)    PHONE ( )

U.S. District Court
402 East State Street, Clerk's Office Room 2020
Trenton, NJ

ZIP + 4® (U.S. ADDRESSES ONLY)
0 8 6 0 8 - ___ ___ ___ ___

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

☞ PEEL FROM THIS CORNER

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**
☐ 1-Day  ☐ 2-Day  ☐ Military  ☐ DPO

PO ZIP Code: 08300
Scheduled Delivery Date: 12/24/18
Postage: $24.70

Date Accepted: 12/22/18
Scheduled Delivery Time: ☐ 10:30 AM ☐ 3:00 PM ☒ NOON
Insurance Fee: $
COD Fee: $

Time Accepted: 11:49 ☐ AM ☒ PM
10:30 AM Delivery Fee: $
Return Receipt Fee: $
Live Animal Transportation Fee: $

Special Handling/Fragile: $
Sunday/Holiday Premium Fee: $
Total Postage & Fees: $24.70

Weight: ___ lbs. ___ ozs.  ☒ Flat Rate
Acceptance Employee Initials: (@)

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature
Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature

LABEL 11-B, JULY 2018    PSN 7690-02-000-9996

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.


EMS

EP13F July 2013   OD: 12.5 x 9.5

P S 10001000006

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

  
UNITED STATES POSTAL SERVICE®