

Ryan F. Michaleski
550 E. Swedesford Road, Suite 270
Wayne, Pennsylvania 19087
Ryan.Michaleski@lewisbrisbois.com
Direct: 215.977.4062

April 9, 2019

File No. 42212.02

**VIA ELECTRONIC FILING**
Honorable Peter G. Sheridan
United States District Court for the
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 7E
Trenton, NJ 08608

    Re:    *Bonner v. Justia Incorporated*
             US District Court for the District of New Jersey, No. 3:18-cv-09187

Dear Judge Sheridan:

    We are in receipt of Professor Eugene Volokh's April 3, 2019 correspondence in which he seeks a brief adjournment of the telephonic oral argument scheduled for May 6, 2019 regarding his Motions to Appear Pro Se and Intervene in this matter, as well as his opposition to Plaintiff's Motion to Seal. Please be advised that if Your Honor is so inclined to grant the adjournment, Defendant Justia, Inc. has no objection to the same. Based on the dates provided in the correspondence, we are available on May 9 and 10.

    We thank Your Honor in advance for his courtesies in this matter. In the meantime, if Your Honor has any questions, please feel free to contact the undersigned.

                                Respectfully submitted,

                                */s/ Ryan F. Michaleski*

                                Ryan F. Michaleski of
                                LEWIS BRISBOIS BISGAARD & SMITH LLP

RFM

cc:    Andrew Bonner, Jr. (via Federal Express mail)
        Professor Eugene Volokh (via regular mail)