**UNIVERSITY OF CALIFORNIA, LOS ANGELES**                                                                                    UCLA

BERKELEY • DAVIS • IRVINE • LOS ANGELES • MERCED • RIVERSIDE • SAN DIEGO • SAN FRANCISCO          SANTA BARBARA • SANTA CRUZ

EUGENE VOLOKH
GARY T. SCHWARTZ PROFESSOR OF LAW

SCHOOL OF LAW
405 HILGARD AVE.
LOS ANGELES, CA 90095-1476
(310) 206-3926
volokh@law.ucla.edu

April 3, 2019

Re: *Bonner v. Huber*, No. 3:18-cv-09187

Chambers of Judge Peter G. Sheridan
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Room 2020
Trenton, NJ 08608

Dear Judge Sheridan, Mr. Huber, and Messrs. Bronstein & Michaleski:

I much appreciate the opportunity to appear by telephone on my motion to appear to pro se and on plaintiff's motion to seal the documents. Unfortunately, on May 6, 2019 at 2:00 pm Eastern time, I have a long-planned debate at the University of Chicago Law School. Might it be possible to reschedule the argument for May 7 (Tuesday), May 9 (Thursday), or May 10 (Friday)?

Sincerely Yours,

Eugene Volokh
Gary T. Schwartz Professor of Law
UCLA School of Law
(310) 206-3926
Filing *pro se*
(Institutional affiliation listed for identification only)

[Handwritten annotation: Denied. Prof. Volokh is not a party in this case; but he has an interest in the issues, and seeks to participate.*
SO ORDERED: Peter G. Sheridan
DATED: 4/9/19
* I do not see any reason to delay the litigation.]

## Certificate of Service

I certify that, on April 3, 2019, I served this letter by mail to the plaintiff and to the counsel for defendant, as listed on the docket, at

Andrew K. Bonner, Jr.
719 Irving Ave.
Bridgeton, NJ 08302
(609) 805-4878

Eric J. Bronstein
Ryan Francis Michaleski
Lewis Brisbois Bisgaard & Smith
550 E Swedesford Road
Suite 270
Wayne, PA 19087
(215) 977-4100

s/ <u>Eugene Volokh</u>