UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Andrew Bonner,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>Marissa Huber, *et al.*,<br><br>　　　　Defendants. | Civil Action No.:<br>18-cv-9187 (PGS) (LHG)<br><br>**ORDER** |

**SHERIDAN, U.S.D.J.**

　　**WHEREAS** the Court received the letter brief by mail (ECF No. 37) the day after the Court entered a scheduling order on Professor Volokh's motion (ECF No. 31);

　　**WHEREAS** the letter-brief sets forth essentially the same arguments that are set forth in Mr. Volokh's subsequently-filed brief, (ECF No. 33);

　　**IT IS** on this 11th day of April, 2019;

　　**ORDERED** that the Court shall consider Professor Volokh's brief (ECF No. 33), rather than the letter brief, in support of the motion to intervene; and it is further

　　**ORDERED** that subsequent submissions filed by any party (or non-party) must be double spaced in compliance with Local Civil Rule 7.2(d).

　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Peter G. Sheridan
　　　　　　　　　　　　　　　　　　　　　　　　　　PETER G. SHERIDAN, U.S.D.J.