

LEWIS BRISBOIS BISGAARD & SMITH LLP

Ryan F. Michaleski
550 E. Swedesford Road, Suite 270
Wayne, Pennsylvania 19087
Ryan.Michaleski@lewisbrisbois.com
Direct: 215.977.4062

May 2, 2019

File No. 42212.02

**VIA ELECTRONIC FILING**
Honorable Peter G. Sheridan
United States District Court for the
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 7E
Trenton, NJ 08608

Re:   *Bonner v. Justia Incorporated*
US District Court for the District of New Jersey, No. 3:18-cv-09187

Dear Judge Sheridan:

We are in receipt of Plaintiff's Motion to Adjourn Oral Argument scheduled for May 6, 2019 regarding Professor Eugene Volokh's Motions to Appear Pro Se and Intervene and Plaintiff's Motion to Seal in the above-captioned matter. Please be advised that Defendant Justia, Inc. defers to Your Honor's position regarding whether to adjourn oral argument.

We thank Your Honor in advance for his courtesies in this matter. In the meantime, if Your Honor has any questions, please feel free to contact the undersigned.

Respectfully submitted,

*/s/ Ryan F. Michaleski*

Ryan F. Michaleski of
LEWIS BRISBOIS BISGAARD & SMITH LLP

RFM

cc:   Andrew Bonner, Jr. (via electronic mail)
      Professor Eugene Volokh (via electronic mail)