UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

OFFICE: TRENTON                                                           DATE: July 31, 2019
JUDGE PETER G. SHERIDAN
COURT REPORTER: Frank Gable


TITLE OF CASE:                                                            CIVIL18-9187(PGS)

ANDREW K. BONNER, JR.
V.
MARISSA HUBER


APPEARANCES:
Andrew Bronner, Plaintiff Pro Se
Ryan Michaleski, Esq., for defendant JUSTIA
Eugene Volokh, Esq., Intervenor

NATURE OF PROCEEDINGS:

Hearing re: [33] motion to intervene by Eugene Volokh, and [24] motion to dismiss by JUSTIA.
Ordered [33] motion to intervene is granted. Order to be filed.
Ordered [24] motion to dismiss is taken under advisement.



TIME COMMENCED: 2:45pm
TIME ADJOURNED:   3:20pm
TOTAL TIME:   35 minutes

                                                                          s/Elizabeth Beres
                                                                          **Deputy Clerk**